UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Operating Engineers Local No. 49 Health & Welfare Fund,** **Central Pension Fund of the International Union of Operating Engineering & Participating Employers,** **Local No. 49 International Union of Operating Engineers & Associated General Contractors of Minnesota, Apprenticeship & Training Program,**<br><br>        Plaintiffs,<br><br>v.<br><br>**A.B. Environmental Corporation,**<br><br>        Defendant. | Civil No. 06-4470 (PJS-JJG)<br><br><br><br>**ORDER** |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The plaintiffs' motions for entry of judgment and default judgment (Doc. Nos. 3, 11) are **GRANTED.**

2. The Clerk of Court shall enter default as to defendant A.B. Environmental.

3. Judgment is entered in the amount of $25,455.79.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 29th day of June, 2007.

S/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge